IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BOE W. ADAMS,

      **Plaintiff,**

      v.                                          CASE NO. 24-3135-JWL

SCOTT KINCAID, et al.,

      **Defendants.**

### MEMORANDUM AND ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas. The Court granted Plaintiff leave to proceed in forma pauperis and assessed an initial partial filing fee in the amount of $6.50, calculated under 28 U.S.C. § 1915(b)(1). (Doc. 6.) This matter is before the Court on Plaintiff's Motion to Amend Complaint and Motion for Additional Defendants (Doc. 5), and Motion for Extension of Time to Pay Initial Partial Filing Fee (Doc. 7).

Plaintiff has filed a Motion to Amend Complaint and Motion for Additional Defendants (Doc. 5). Although a plaintiff is entitled to amend a complaint once as a matter of right under Fed. R. Civ. P. 15, the proposed amended complaint—which must be on a Court-approved form—must be attached to the motion. *See* Fed. R. Civ. P. 15(a)(1) (Amending as a Matter of Course); D. Kan. Rule 9.1(a)(3) ("civil rights complaints by prisoners under 42 U.S.C. § 1983 . . . . must be on forms approved by the court"); D. Kan. Rule 15.1(a)(2) ("[a] party filing a motion to amend . . . must: . . . (2) attach the proposed pleading or other document. . ."). Therefore, the Court denies the motion to amend. Plaintiff has also submitted a notice to the Court (Doc. 8) setting forth issues regarding his access to a tablet and his legal mail. The Court will grant

Plaintiff an opportunity to submit an amended complaint on the court-approved form that sets forth all of his claims and defendants.

Plaintiff has also filed a motion seeking an extension of time to submit his initial partial filing fee. The Court grants the motion and extends the deadline.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's motion (Doc. 7) seeking an extension of time to submit the initial partial filing fee is **granted.** Plaintiff shall have until **September 30, 2024,** in which to submit the initial partial filing fee in the amount of $6.50. Failure to pay the fee by the deadline may result in dismissal of this matter without further notice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend Complaint and Motion for Additional Defendants (Doc. 5) is **denied.** Plaintiff shall have until **September 30, 2024,** to submit his amended complaint on the court-approved form.

The Clerk is directed to send Plaintiff § 1983 forms and instructions and the NEFs for Docs. 4 and 5.

**IT IS SO ORDERED**.

Dated September 3, 2024, in Kansas City, Kansas.

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**